**Norman STODICK, Petitioner-Appellant,**

v.

**Hoyt CUPP, Warden, Oregon State Penitentiary, Respondent-Appellee.**

**No. 23700.**

United States Court of Appeals,
Ninth Circuit.

Sept. 25, 1970.

Robert J. Pitman (argued), Santa Clara, Cal., for petitioner-appellant.

Jacob B. Tanger (argued), Sol. Gen. of Or., Lee Johnson, Atty. Gen., Helen B. Kalil, Asst. Atty. Gen., Salem, Or., for respondent-appellee.

Before MERRILL and HUFSTEDLER, Circuit Judges, and JAMESON, District Judge.*

PER CURIAM:

It was not error to deny appellant's petition for writ of habeas corpus. The error in state trial on which appellant relies was admission without objection of testimony by a police officer that in response to an inquiry as to ownership of an automobile appellant had stated: "I'd rather not say." On this record this was harmless beyond a reasonable doubt.

Judgment affirmed.